UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-0058 |
| ) | Judge Sharp |
| 745 LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Defendant 745 LLC's Motion for Application of Collateral Estoppel (Docket No. 50) is hereby GRANTED;

(2) Plaintiff Gibson Guitar Corp.'s Motion to Strike Portions of the Declaration of Dr. Gareth Loy (Docket No. 63) is hereby DENIED;

(3) Defendant 745 LLC's Conditional Motion to Strike the Testimony of Dr. Parameswaran Ramanathan and Mr. Bruce Edwin Wilson (Docket No. 69) is hereby DENIED; and

(4) The Court construes certain claims of United States Patent No. 5,990,405 and Reexamined Patent Certificate No. 7199 as set forth in Section II. D. in the accompanying Memorandum.

1

This case is returned to Magistrate Judge Brown for further pretrial case management in accordance with the previously entered order of reference.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE