UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GIBSON GUITAR CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-0058 |
| | ) | Judge Sharp |
| 745 LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Defendant 745 LLC's Motion for Application of Collateral Estoppel (Docket No. 50) is hereby GRANTED;

(2) Plaintiff Gibson Guitar Corp.'s Motion to Strike Portions of the Declaration of Dr. Gareth Loy (Docket No. 63) is hereby DENIED;

(3) Defendant 745 LLC's Conditional Motion to Strike the Testimony of Dr. Parameswaran Ramanathan and Mr. Bruce Edwin Wilson (Docket No. 69) is hereby DENIED; and

(4) The Court construes certain claims of United States Patent No. 5,990,405 and Reexamined Patent Certificate No. 7199 as set forth in Section II. D. in the accompanying Memorandum.

This case is returned to Magistrate Judge Brown for further pretrial case management in accordance with the previously entered order of reference.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE